**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL NATHAN GARCIA,

    Petitioner,    No. C 06-0110 PJH (PR)

 vs.    **ORDER OF DISMISSAL**

DERRAL G. ADAMS, Warden,

    Respondent.
_____/

    This is a habeas case filed pro se by a state prisoner.  The court's notice that it had received the filing fee was returned as undeliverable with a notation that petitioner was "no longer here."  Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October 6, 2006.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\HC.06\GARCIA110.DSM-MAIL